ABRAHAM A. FIGARSKY ET AL. *v.* HISTORIC DISTRICT
COMMISSION OF THE CITY OF NORWICH

The motion by the National Trust for Historic
Preservation for permission to file a brief as amicus
curiae in the appeal from the Court of Common
Pleas in New London County is granted.

*Russell L. Brenneman,* in support of the motion.

*Jackson T. King, Jr.,* in opposition.

Submitted March 30—decided April 6, 1976

STATE OF CONNECTICUT *v.* RAYMOND WILLIAMS

The state's motion to dismiss the appeal from the
Superior Court in New London County is granted
unless the defendant perfects his appeal on or
before May 11, 1976.

*C. Robert Satti,* state's attorney, for the appellee
(state).

*Herbert R. Scott,* for the appellant (defendant).